IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMAREE R. JAMES,<br>    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>    Defendant. | CIVIL ACTION NO.<br>1:23-cv-3588-JPB-CMS |

## **FINAL REPORT AND RECOMMENDATION**

On September 21, 2023, I ordered Plaintiff Jamaree R. James, who is proceeding in this action without counsel, to make his initial disclosures and file his preliminary report and discovery plan within twenty days of the date of the Order. [Doc. 6 at 2]. I warned Plaintiff that any failure to comply within this time period may result in a recommendation that sanctions be imposed, including dismissal of the case. [*Id.* (citing LR 16.5 and 41.3, NDGa.; FED. R. CIV. P. 41(b))].

As of today's date, there is no indication that Plaintiff has made his initial disclosures, and he has not filed his preliminary report and discovery plan. *See generally* [Dkt.]. Nor has Plaintiff asked the Court for additional time to comply with the Order. Accordingly, **I RECOMMEND** that this case be dismissed without prejudice, pursuant to Local Rule 41.3(A)(2), for want of prosecution and failure to obey a lawful order of this Court.

As this is a Final Report and Recommendation and there are no other matters pending before the undersigned, the Clerk is **DIRECTED** to terminate the reference to the undersigned.

**SO RECOMMENDED**, this 13th day of October, 2023.

_____
Catherine M. Salinas
United States Magistrate Judge