UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMAREE R. JAMES,

    Plaintiff,

v.

EXPERIAN,

    Defendant.

CIVIL ACTION NO.
1:23-CV-03588-JPB

## **ORDER ADOPTING FINAL REPORT AND RECOMMENDATION**

This matter is before the Court on the Magistrate Judge's Final Report and Recommendation ("R. & R.") [Doc. 7]. This Court finds as follows:

Plaintiff filed this action on July 11, 2023, in the Magistrate Court of Gwinnett County, Georgia. [Doc. 1-1]. The matter was removed to this Court on August 11, 2023. [Doc. 1]. On September 21, 2023, the Magistrate Judge ordered Plaintiff to make his initial disclosures and file his Joint Preliminary Report and Discovery Plan within twenty days. [Doc. 6]. Plaintiff did not make initial disclosures or file his Joint Preliminary Report and Discovery Plan within twenty days. As such, on October 13, 2023, the Magistrate Judge issued her R. & R. wherein she recommended dismissing the action without prejudice for failure to obey an order of the Court. [Doc. 7]

After the R. & R. was issued, Plaintiff filed his Joint Preliminary Report and Discovery Plan. [Doc. 9]. This Court then entered an order reminding Plaintiff that he also needed to file his initial disclosures and that failure to do so would result in adoption of the Magistrate Judge's R. & R. See October 19, 2023 Docket Entry. Although Plaintiff filed an Amended Complaint on October 24, 2023, [Doc. 10], he still has not filed his initial disclosures. Plaintiff also has not filed any objections to the R. & R.

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Because no objections have been filed, and in accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the R. & R. for clear error and finds none.

Accordingly, the Court **APPROVES AND ADOPTS** the R. & R. [Doc. 7] as the judgment of the Court. For the reasons stated in the Magistrate Judge's R. & R., this action is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 8th day of November, 2023.

J. P. BOULEE
United States District Judge