UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMAREE R. JAMES,
    Plaintiff,

vs.

EXPERIAN,
    Defendant.

CIVIL ACTION FILE

NO. 1:23-cv-03588-JPB

## J U D G M E N T

This action having come before the court, Honorable J. P. Boulee, United States District Judge, for consideration of the report and recommendation of the Magistrate Judge, and the court having adopted the report and recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED** without prejudice.

Dated at Atlanta, Georgia, this 9th day of November, 2023.

    KEVIN P. WEIMER
    CLERK OF COURT

By:   s/ T. Tran
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 9, 2023
Kevin P. Weimer
Clerk of Court

By:   s/ T. Tran
    Deputy Clerk